IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17-cb-00009 |
| --- | --- |
| Plaintiff, | NE14-6483552 |
| vs. | JOINT MOTION TO CONTINUE TRIAL |
| WAYNE F. GRAP, | |
| Defendant. | |

COMES NOW, the Plaintiff United States of America, by and through the undersigned Assistant U.S. Attorney, and hereby moves this Court for an order continuing the trial in this matter currently scheduled for October 26, 2017. In support of this motion, the undersigned submits:

1. Both the United States and counsel for the Defendant have discussed this matter and desire for the trial to be continued.

2. One of the government's witnesses is unavailable to testify on the currently scheduled trial date.

3. The United States and counsel for the Defendant have discussed an alternate date for this trial and are available November 14th – 17th, 2017.

4. The parties do not make this request for the purpose of delay.

WHEREFORE, the United States respectfully requests a continuance of the trial in this matter currently scheduled for October 26, 2017 to sometime between November 14th – 17th, 2017.

UNITED STATES OF AMERICA, Plaintiff

ROBERT C. STUART
Acting United States Attorney

District of Nebraska

By: s/ Lecia E. Wright
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail:  Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:  John Velasquez, Attorney at Law

s/ Lecia Wright
Assistant U.S. Attorney