IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

WAYNE F. GRAP,

            Defendant.

8:17-cb-00009
NE14-6483552

WITNESS LIST

Plaintiff submits the following list of witnesses it may call in the above-captioned matter:

1. Cathie Watts
2. Susan Hardwick
3. Det. Korey Jones
4. Sgt. Martin Petersen
5. Any and all witnesses designated by the other parties in this matter.

UNITED STATES OF AMERICA, Plaintiff

ROBERT C. STUART
Acting United States Attorney
District of Nebraska

By:   s/ Lecia E. Wright
      LECIA E. WRIGHT, #24562
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel:  (402) 661-3700
      Fax:  (402) 661-3084
      E-mail:  Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on November 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:  John Velasquez, Attorney at Law

s/ Lecia Wright
Assistant U.S. Attorney